BYRD v. CITY OF GREENSBORO; *Barringer,* for plaintiff; *Scales & Taylor,* for defendant. Affirmed on authority of *Peterson v. Wilmington,* 130 N. C., 76.

GIBSON v. GILMER, from Guilford; *Barringer,* for plaintiff. Affirmed.

SEWING MACHINE Co. v. HOUSE & PARKER Co., from Rowan; *Randleman* and *Miller,* for plaintiff; *Jones & Tillett,* for defendant. Affirmed.

BRYAN v. TEL. Co., from Iredell; *Caldwell,* for plaintiff; *Jones & Tillett,* for defendant. Affirmed.

THE SOLICITOR v. GLASS, from Randolph; *Jones & Tillett,* for plaintiff; *Morehead* and *Robins,* for defendant. Affirmed.

LAY v. COTTON MILLS, from Gaston; *Maxwell & Keerans,* for plaintiff; *Mason* and *Burwell, Walker & Cansler,* for defendant. Affirmed.

HOOD v. TELEGRAPH Co., from Mecklenburg; *Maxwell & Keerans,* for plaintiff; *Jones & Tillett, F. H. Busbee* and *Strong,* for defendant. Plaintiff's petition to rehear dismissed and former ruling affirmed.

JOHNSON v. MACHINE WORKS, from Mecklenburg; *Maxwell & Keerans,* for plaintiff; *Burwell, Walker & Cansler,* for defendant. Plaintiff's petition to rehear dismissed.

FISHER v. BROWN, from Cabarrus; *Montgomery & Crowell* and *Self & Whitener,* for plaintiff; *Means* and *Caldwell,* for defendant. Affirmed.

PHARR v. RAILROAD Co., from Mecklenburg; *Clarkson & Duls* and *Bennett,* for plaintiff; *Bason,* for defendant. Affirmed.

SHIELDS v. SHIELDS, from Mecklenburg; *McNinch,* for plaintiff; *Hawkins,* for defendant. Affirmed.

FINK v. ALLEN, from Cabarrus; *Crowell,* for plaintiff; *Means* and *Smith,* for defendant. Affirmed.